IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| QWEST COMMUNICATIONS CORPORATION, | ) ) ) | 8:07CV430 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| GERALD L. VAP, ANNE C. BOYLE, TIMOTHY SCHRAM, ROD JOHNSON, and FRANK LANDIS, JR., in their official capacities as the Commissioners of the Nebraska Public Service Commission, | ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that, after consultation with Defendants' counsel, Plaintiff's counsel shall contact the secretary for the undersigned United States District Judge to schedule a telephone conference call between counsel for the parties and the undersigned United States District Judge, during which conference call the parties shall be prepared to address, among other things, scheduling a hearing on Plaintiff's motion for preliminary injunction (filing 5) and whether the trial on the merits shall be consolidated with that hearing pursuant to Fed. R. Civ. P. 65(a)(2).

February 4, 2008.                    BY THE COURT:

                                                            s/ *Richard G. Kopf*
                                                            United States District Judge