IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| QWEST COMMUNICATIONS CORPORATION, | ) ) ) | 8:07CV430 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GERALD L. VAP, ANNE C. BOYLE, TIMOTHY SCHRAM, ROD JOHNSON, and FRANK LANDIS, JR., in their official capacities as the Commissioners of the Nebraska Public Service Commission, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff's counsel was ordered to contact the undersigned's secretary on or before March 3, 2008, to schedule a conference call regarding the plaintiff's motion for preliminary injunction. Plaintiff's counsel emailed my chambers on February 26, 2008, to advise that the motion would be withdrawn by an "appropriate filing", but to date nothing has been filed, nor has a conference call been scheduled. Because the motion for preliminary injunction has been pending since February 1, 2008, and because no action has been taken to comply with the court's scheduling order, the motion shall be denied without prejudice. Accordingly,

IT IS ORDERED that Plaintiff's motion for preliminary injunction (filing 5) is denied without prejudice.

March 31, 2008.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge