IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| QWEST COMMUNICATIONS CORPORATION, | ) ) ) | 8:07CV430 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| GERALD L. VAP, ANNE C. BOYLE, TIMOTHY SCHRAM, ROD JOHNSON, and FRANK LANDIS, JR., in their official capacities as the Commissioners of the Nebraska Public Service Commission, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' joint stipulation (filing 35), treated as a motion, is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by June 30, 2008.
2. Plaintiff may file a reply brief by July 18, 2008.
3. This case shall be ripe for decision on July 21, 2008
4. In all other respects, the court's memorandum and order entered on April 7, 2008 (filing 31), shall remain in full force and effect.

June 9, 2008.                                BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge