IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| QWEST COMMUNICATIONS CORPORATION, | ) ) ) | 8:07CV430 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| GERALD L. VAP, ANNE C. BOYLE, TIMOTHY SCHRAM, ROD JOHNSON, and FRANK LANDIS, JR., in their official capacities as the Commissioners of the Nebraska Public Service Commission, | ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. Pursuant to the mandate of the Court of Appeals (filing 56), and in accordance with its opinion and judgment (filings 53, 54), this matter is remanded to the Nebraska Public Service Commission for further proceedings concerning how Qwest Communications Corporation will implement the Commission's order.

2. The clerk of the court shall close this case for statistical purposes.

February 19, 2010.          BY THE COURT:

                            *Richard G. Kopf*
                            United States District Judge